No. 78–356. Sac and Fox Tribe of the Mississippi in Iowa *v.* Licklider, Chairman, State Conservation Commission of Iowa, et al. C. A. 8th Cir. Certiorari denied.

No. 78–420. Caesar's Health Club et al. *v.* St. Louis County, Missouri. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 78–422. Westinghouse Electric Corp. *v.* Kerr-McGee Corp. et al. C. A. 7th Cir. Certiorari denied.

No. 78–429. Haste et ux. *v.* American Home Products Corp. C. A. 10th Cir. Certiorari denied.

No. 78–456. Statewide Contractors, Inc., et al. *v.* Fowler, White, Gillen, Boggs, Villareal & Banker et al. Sup. Ct. Pa. Certiorari denied.

No. 78–460. Lis et al. *v.* Robert Packer Hospital et al. C. A. 3d Cir. Certiorari denied.

No. 78–475. Fried et al. *v.* Carey, State's Attorney of Cook County. C. A. 7th Cir. Certiorari denied.

No. 78–499. Warden, State Prison of Southern Michigan at Jackson *v.* Berrier. C. A. 6th Cir. Certiorari denied.

No. 78–502. Flisk et al. *v.* Kelly, Judge. Cir. Ct., Cook County, Ill. Certiorari denied.

No. 78–520. Ross *v.* United States et al. C. A. 9th Cir. Certiorari denied.